UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JASON VALE,

                Plaintiff,

- against -

CITY OF NEW YORK, SEAN CONWAY,
UNKNOWN PERSONS,

                Defendants.

----------------------------------------------------------X

**ORDER**
**09 CV 3025 (JG)(LB)**

**BLOOM, United States Magistrate Judge:**

Plaintiff brings this *pro se* action pursuant to 42 U.S.C. § 1983, alleging that he was falsely arrested when he called the police after a tenant in his building allegedly forced himself into plaintiff's apartment. Defendants request a stay of the matter pending the resolution of the underlying criminal matter. (Document 9.) Defendants' request is denied without prejudice, however, defendants' response to the amended complaint is stayed.[1]

The Court shall hold an initial pretrial conference pursuant to Fed. R. Civ. P. 16 on March 3, 2010 at 10:30 a.m. in Courtroom 11A of the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York. No planning conference pursuant to Rule 26(f), Fed. R. Civ. P., shall be required at this time. Parties are advised that they must contact each other before making any request for an adjournment to the Court. A request

---

[1] Defendant City of New York was served on December 23, 2009. (Document 8.) The United States Marshals Service reports that process for defendant Conway has been sent out for personal service.

for an adjournment must be received in writing at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: January 29, 2010
      Brooklyn, New York